JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5336-GW (FFMx) | Date | November 3, 2016 |
|---|---|---|---|
| Title | *Hollywood Engineering, Inc. dba Hollywood Racks v. Tsai, et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

     On October 20, 2016, the Court ordered counsel to show cause in writing, no later than November 3, 2016, why the above-entitled action should not be dismissed for failure to prosecute. To date, counsel have not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

:

Initials of Preparer   KSS